IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELIZABETH LAMBERTON,

          Plaintiff,              JUDGMENT IN A CIVIL CASE

  v.

                                        Case No. 15-cv-692-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

          Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Elizabeth Lamberton attorney fees in the amount of $5,300.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

 

| s/ V. Olmo, Deputy Clerk | 8/17/2016 |
|:---:|:---:|
| Peter Oppeneer, Clerk of Court | Date |